IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3148 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CHELSIE PRADO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion to review detention, (filing no. 94), is granted.

2) The defendant shall comply with all terms and conditions of her supervised release which were imposed at sentencing except as follows:

> On September 8, 2011, the defendant shall be released to reside at The Well in Norfolk, Nebraska and participate in that facility's dual diagnosis treatment program. The defendant shall fully comply with the requirements of her treatment plan and all rules of The Well. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain her pending a prompt hearing before the court.

3) The defendant shall arrive at The Well by 11:00 a.m. on September 8, 2011. The Marshal shall therefore transport the defendant to be present in the Lincoln Federal Building by no later than 8:30 a.m. on September 8, 2011, and shall release her to the Federal Public Defenders Office for her transport to The Well.

4) At the time of defendant's release, the U.S. Marshal's office shall provide the defendant with a 30-day supply of any currently prescribed medication.

5) The clerk shall promptly provide a copy of this order to the Marshal.

September 6, 2011.        BY THE COURT:

                          *s/ Cheryl R. Zwart*
                          United States Magistrate Judge