IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                  Plaintiff,       )
                                   )
v.                                 )          Case No.  4:06CR3148
                                   )
CHELSIE PRADO,                     )
                                   )
                  Defendant.       )

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 96, now set for November 17, 2011, at 12:00 p.m. until a date certain in approximately 90 days.  The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 16th day of February, 2012, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated this 14th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge