# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:06CR3148 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CHELSIE PRADO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion, (filing no. 102), is granted.

2) The defendant's conditions of supervised release are amended as follows:

   a. The defendant shall transition to Ladies in Recovery immediately following her graduation from The Well. The defendant shall fully comply with the requirements and all rules of the Ladies in Recovery facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain her pending a prompt hearing before the court.

   b. The Defendant shall comply with all other terms and conditions of her supervised release.

DATED this 8th day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge